# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2019-4245
_____

GREGORY S. BROWN, Santa Rosa
County Property Appraiser,

    Appellant,

    v.

CITY OF GULF BREEZE, a
municipal corporation; et al.,

    Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
J. Scott Duncan, Judge.

February 26, 2025

PER CURIAM.

    AFFIRMED. *See City of Gulf Breeze v. Brown*, 397 So. 3d 1009 (Fla. 2024).

B.L. THOMAS, NORDBY, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Loren E. Levy and Stuart W. Smith of The Levy Law Firm, Tallahassee, for Appellant.

Edward P. Fleming and R. Todd Harris of McDonald Fleming, LLP, Pensacola; Heather F. Lindsay of Lindsay & Lindsay, P.A., Milton, for Appellee.